IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NICHOLAS A. SRADER,<br>[DOB: 02/26/1984]<br><br>    Defendant. | Case No. _____<br>***Felon in Possession of a Firearm***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br>$100 Mandatory Special Assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about November 26, 2021, in the Western District of Missouri, the defendant, NICHOLAS A. SRADER, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a SCCY 9mm pistol, bearing Serial Number 391441, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                        A TRUE BILL.

6/21/2022                 */s/ Sharon Williams*
Date                      FOREPERSON OF THE GRAND JURY

*/s/ Sean T. Foley*
Sean T. Foley
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri