# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Nicholas A. Srader
Alias Name
Birthdate         02/26/1984

**Related Case Information**
Superseding Indictment/Information   ☐ Yes  ☑ No
if yes, original case number _____

New Defendant   ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Sean T. Foley

**Interpreter Needed**
☐ Yes
☑ No    Language and/or dialect _____

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☑ Currently in State Custody
☐ Currently on Bond

Writ Required      ☑ Yes  ☐ No
Warrant Required   ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date  6/21/2022         Signature of AUSA  /s/ Sean T. Foley