IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
vs. ) Case No. 4:22-CR-00140-HFS-1
)
NICHOLAS A. SRADER )
        Defendant. )

ENTRY OF APPEARANCE

COMES NOW, Kenneth C. Hensley, and hereby enters his appearance as attorney for Defendant NICHOLAS SRADER in the above-entitled cause.

        HENSLEY LAW OFFICE

        By /s/Kenneth C. Hensley
          Kenneth C. Hensley  #28172
          Nikolaus S. Busch    #71263
          Cody L. Johnson       #70153
          HENSLEY LAW OFFICE
          P.O. Box 620
          Raymore, MO 64083
          Telephone:  (816) 322-4466
          Facsimile:   (816) 348-0896
          hensleylawoffice@gmail.com
          ATTORNEYS FOR DEFENDANT

**Certificate of Mailing**

I hereby certify that a copy of the above and foregoing was served electronically via the Missouri e-filing system, this 15th day of November, 2022, to: Sean T. Foley, Assistant U.S. Attorney and Lance Haley., attorney.

        /s/Kenneth C. Hensley
        Kenneth C. Hensley