IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                              Case No. 22-00140-01-CR-W-HFS

NICKOLAS A. SRADER,

        Defendant.

ORDER RELEASING
CRIMINAL JUSTICE ACT COUNSEL

With the entry of appearance for the defendant by Kenneth C. Hensley, Hensley Law Office, 401 West 58 Highway, P. O. Box 620, Raymore, MO 64083 (816) 322-4466, it is

ORDERED that CJA counsel Lance M. Haley, and each member of his attorney staff be, and they are hereby, relieved as appointed counsel for the defendant at all further proceedings.

                                              /s/ Lajuana M. Counts
                                              LAJAUNA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
November 15, 2022